IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GATHRIGHT,

    Plaintiff,　　　　　　　　　No. CIV S-02-1833 DFL CMK

  vs.

T. L. ROSARIO, et al.,

    Defendants.　　　　　　　　ORDER
_____/

       On May 25, 2005, defendants filed a request asking this court to withdraw it's minute order filed May 3, 2005, which reset the trial date in this case. Defendants reasoned that a trial date should not be set because the court had not yet ruled on their motions to dismiss, compel, or for sanctions. However, on the same day, the court did address each of these motions, in its orders and findings and recommendations. (See Docket No. 59.)

       Therefore, defendants' motion for reconsideration filed May25, 2005, will be denied as moot.

DATED: June 6, 2005.

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE