IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DONALD GATHRIGHT,**

                      Plaintiff,

    v.

**T. L. ROSARIO, et al.,**

                      Defendants.

NO. CIV-S-02-1833 DFL CMK

**ORDER**

      On July 28, 2005, Defendants requested an extension of time of fourteen days to file their Motion for Summary Judgment.

      Good cause appearing, Defendants' request is granted.

      DATED:   August 3, 2005.

                                          _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE