IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD GATHRIGHT,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**T. L. ROSARIO, et al.,**<br><br>                              Defendants. | NO. CIV-S-02-1833 DFL CMK<br><br>**ORDER** |

On August 12, 2005, Defendants requested a second extension of time of fourteen days to file their Motion for Summary Judgment.

Good cause appearing, Defendants' request is granted.

Dated:   August 15, 2005


                            /s/   **CRAIG M. KELLISON**
                            Craig M. Kellison
                            UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1