IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GATHRIGHT,

    Plaintiff,                    No. CIV S-02-1833 DFL CMK P

    vs.

T.L. ROSARIO, et al.,

    Defendants.               <u>ORDER</u>

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262. On May 25, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections.

    Accordingly, IT IS HEREBY ORDERED that the findings and recommendations filed May 25, 2005, are adopted in full.

DATED: August 22, 2005

_____
DAVID F. LEVI
United States District Judge